UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | : | Case No. 22-31333 |
| | | Chapter 13 |
| Diana Buchanon | : | Judge Humphrey |
| | | |
| Debtor | : | **CERTIFICATE OF SERVICE** |
| | | **MOTION TO MODIFY PLAN** |

      I hereby certify that on April 10, 2023, a copy of the Motion to Modify Chapter 13 Plan was served on the following registered ECF participants, (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court:

John Jansing, Chapter 13 Trustee
Matthew Murtland for Deutsche Bank Trust Company

And on the following(ii) creditors and parties in interest listed in the case by ordinary U.S. Mail on April 10, 2023, addressed to:

Diana Buchanon |3220 Cornell Drive|Dayton, OH 45406-4147||||

Ally Financial |AIS Portfolio Services, LLC|4515 N Santa Fe Ave. Dept. APS|Oklahoma City, OK 73118-7901|||

Deutsche Bank Trust Company Americas, as Tru|ATTN: Bankruptcy Department, PO Box 2460|West Palm Beach, FL 33416-4605 ||||

PHH Mortgage Corporation |PO Box 24605|West Palm Beach, FL 33416-4605||||

Calvary SPV I LLC |500 Summit Lake Drive|Valhalla, NY 10595-2321| |||

Deutsche Bank Trust Company Americas, as Tru|c/o PHH Mortgage Services|P.O. Box 24605|West Palm Beach, FL 33416-4605| ||

Directv LLC |by American InfoSource as agent|4515 N Santa Fe Ave|Oklahoma City OK 73118-7901| ||

Kettering Health Network |2110 Leiter Rd|Miamisburg OH 45342-3598| |||

Montgomery County Court of Common Pleas |41 N. Perry Street|PHH Mortgage v. Buchanon 2022 cv 02809|Dayton, OH 45422-2000| ||

Montgomery County Treasurer |451 W Third St 2nd floor|Dayton, OH 45422-0001| |||

PHH Mortgage Corporation |1661 Worthington Rd|Suite 100|West Palm Beach, FL 33409-6493| ||

Phh Mortgage Services |1 Mortgage Way|Mount Laurel, NJ 08054-4624| |||

Reisenfeld & Associates |3962 Red Bank Road|PHH v. Buchanon 2022 cv 02809|Cincinnati, OH 45227-3408| ||

Santander Consumer USA |Attn Bankruptcy Dept|PO BOX 961245|Dallas, TX 76161-0244| ||

Santander Consumer USA Inc. |P.O. Box 961245|Fort Worth, TX 76161-0244| |||

Tianisha Payne |46 Diamond Ave|Dayton, Ohio 45403-1311| |||

WRIGHT PATT CREDIT UNION|3560 PENTAGON BLVD|BEAVERCREEK OH 45431-2779||||preferred

Webbank/Fingerhut |6250 Ridgewood Rd|Saint Cloud, MN 56303-0820| |||

WRIGHT PATT CREDIT UNION|3560 PENTAGON BLVD|BEAVERCREEK OH 45431-2779||||preferred duplicate

Respectfully submitted,

*/s/ Dean Snyder*
Dean Snyder
Attorney for Debtor(s)
Attorney Reg. No. OH 0039921
5127 Pleasant Avenue
Fairfield, Ohio 45014
Phone Number (513) 868-1500
Facsimile Number 888-551-2975
E-Mail Address dsnyderpleadingsonly@gmail.com